# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JULIUS BRUCE CHIUSANO

**WARRANT FOR ARREST**

FILED by _____ D.C.
SEP 1 0 [illegible]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6273 CR-HUCK
MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JULIUS BRUCE CHIUSANO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, bank fraud and uttering counterfeit checks

in violation of Title _18_ United States Code, Section(s) 1962(d), 1344, 513 & 2

CARLOS JUENKE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ 250,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |