## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Julius Bruce Chiusano(J)#          CASE NO: 00-6273-CR-Huck

AUSA: Jeff Sloman/Larry LoVecchio        ATTNY: Don Spadaro _present_

AGENT: _present_  _present_              VIOL: _____

PROCEEDING: Initial Appearance           BOND REC: 250,000 Corp. Surety

BOND HEARING HELD (yes)/no               COUNSEL APPOINTED: _____

BOND SET @ 100,000 Corp w/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed. *passport surrendered before release*   X – advised of charges
3) Surrender and/or do not obtain passports/travel documents.           X – sworn
4) Rpt to PTS as directed /to Miami x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. — prohibit employment @ check cashing store   _If he can lend family & friends with property & good ties to the community, the Court may reduce bond to a combination bond._
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to Dade, Broward, Palm Bch
12) Halfway House
    Electronic Monitoring

_reside at current address, no illegal drugs or excessive alcohol_

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-5-00 | 10:00 | Duty/Miami |
| PTX/BOND HEARING: | | | |
| PRELIM/ARRAIGN./REMOVAL: | 10-5-00 | 10:00 | Duty/Miami |
| STATUS CONFERENCE: | | | |

DATE: 9-27-00     TIME: 11:00am    TAPE # 00-073/074  PG # 8
                                         2860 – 3617
SEP 29 2000                              00-074
                                         1-230
Rec'd in MIA DKT _____