# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Julius Chuisano (J)#  CASE NO: 00-6273-CR-Huck

AUSA: Larry LaVeccio/Jeff Sloman    ATTNY: Don Spadaro *present*

AGENT: *Bruce Brown present*    VIOL:

PROCEEDING: Nebbia Hearing    BOND REC:

BOND HEARING HELD (- yes/no)    COUNSEL APPOINTED:

___ BOND SET @    $100,000 CSB w/ nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

*Conditions already set*

*Gov't satisfied w/ nebbia - passport surrendered to PTS today*

FILED OCT 2 2000 D.C.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTO/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL    10-5-00    3:00pm    Miami i/Duty
STATUS CONFERENCE:

DATE: 10-2-00    TIME: 11:00am    TAPE # 00-076    PG #

OCT - 4 2000    1490 - 1600