UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.

_____/



NEBBIA PROFFER

COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and files this Nebbia Proffer, and in support thereof, Defendant would submit the following:

1. The Defendant, JULIUS BRUCE CHIUSANO, has been charged in Count I with RICO Conspiracy; Counts II through XVI with Bank Fraud; and Count XXI with Securities Fraud.

2. This Honorable Court has set a bond for the Defendant, JULIUS BRUCE CHIUSANO, in the amount of $100,000.00 corporate surety with a Nebbia condition.

3. The Defendant, JULIUS BRUCE CHIUSANO, proffers the following as sources of collateral and premium:

    A. The Property located at 14650 Berkley Square, Davie, Broward County, Florida. This property was purchased in 1993 by Bernadine Thomson. Ms. Thomson and Frank Natoli reside together in the residence. Frank Natoli has been a friend of Defendant, JULIUS BRUCE CHIUSANO, for thirty-five (35) years. This property is assessed for property tax purposes at $96,430.00 for the 2000 tax year, and is encumbered by a mortgage with a balance of approximately $61,000.00. The owner has estimated the current fair market value of the property to be in the range of $140,000.00 to $145,000.00. The Surety has reviewed the title to the property through the Attorneys' Title Information Data System and has confirmed ownership and encumbrance information. The Surety will secure this property as collateral for the bond through a note and mortgage in the amount of $100,000.00. Additionally, Ms. Thomson and Mr. Natoli

have signed an Indemnity Agreement for Surety Bond.

      B.    The premium in the amount of fifteen percent (15%) will be paid from the checking account of Frank Natoli. As mentioned above, Mr. Natoli has been a friend of Defendant, JULIUS BRUCE CHIUSANO, for over thirty-five (35) years.

    4.    All of the parties named hereinabove have been informed of their obligations as indemnitors on a bond and have not been promised any repayment or any other compensation. They do this voluntarily to help Defendant, JULIUS BRUCE CHIUSANO.

WHEREFORE, the Defendant, JULIUS BRUCE CHIUSANO, prays that this Honorable Court accept this Nebbia Proffer and permit the posting of Defendant's bond.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Nebbia Proffer was provided to Lawrence D. LaVecchio, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230) and U.S. Mail Delivery; and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 28 SEPTEMBER, 2000.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341