AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Jeffrey H. Sloman   FBI S/A Kevin Rentzel (954) 545-1966

# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA | *508278* |

UNITED STATES OF AMERICA

V.

JULIUS BRUCE CHIUSANO

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

CASE NUMBER: **00-6273**

**CR - HUCK**

YOU ARE HEREBY COMMANDED to arrest     JULIUS BRUCE CHIUSANO
                                                    Name

MAGISTRATE JUDGE
BROWN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   RICO conspiracy, bank fraud and uttering counterfeit checks

in violation of Title 18  United States Code, Section(s) 1962(d), 1344, 513 & 2

| CARLOS JUENKE | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 CSB

by  William P. Dimitrouleas, United States District Judge
      Name of Judicial Officer

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED 09/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
| DATE OF ARREST 09/26/00 | | |