ko.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.                                               ORDER

JULIUS BRUCE CHIUSANO

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

The defendant is currently released on a $100,000 Corporate Surety Bond, said bond having been granted by Magistrate Judge Barry S. Seltzer. The conditions of release are hereby amended to include the requirement that the defendant shall maintain or actively seek full time gainful employment.

DONE AND ORDERED at Miami, Florida this 5th day of October, 2000.

TAPE NO: 00C- 68-2180

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA LaVecchio/Sloman
   Defense Counsel
   Pretrial Services
   U.S. Marshal
   formblan.kor

Mag. Judge Barry S. Seltzer
Donald Spadaro, Esq.