UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

JULIUS BRUCE CHIUSANO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ~~02401-748~~ on bond

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**    Address: _Defendant on bond_

              Tel. No: _____

**Defense Counsel:** Name : _Donald R. Spadaro_

              Address: _1000 So. Federal Highway #103, Fort Lauderdale, Florida 33316_

              Tel. No: _(954) 763-5504_

**Bond Set/Continued:**    * $100,000 CSB

Dated this 5th day of October, 2000.

CLARENCE MADDOX, CLERK

BY___Karen Sussmann___
     Deputy Clerk

c:Clerk for Judge
  U.S. Attorney _LaVecchia/Sloman_
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. _00C 68_
DIGITAL START NO. _2180_

* Set by Judge Seltzer

