UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

       Defendant.
_____/

## APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

You will please enter my Appearance as Attorney of Record for the Defendant in the above-styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to Lawrence D. LaVecchio, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230) and U.S. Mail Delivery; and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 5th OCTOBER, 2000.

       Respectfully submitted,

       DONALD R. SPADARO, P.A.
       Attorneys for DEFENDANT/CHIUSANO
       1000 South Federal Highway
       Suite 103
       Fort Lauderdale, Florida 33316
       Telephone: (954) 763-5504

By: _____
       DONALD R. SPADARO, ESQUIRE
       Florida Bar No.: 320341