FILED by \_\_\_ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                CASE NO. 00-6273-CR-HUCK
                                         Magistrate Judge Brown
         Plaintiff,

vs.                                      **ORDER OF REFERENCE**

FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,

         Defendants.
_____/

   Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, <u>all pre-trial motions</u>, in the above-entitled cause, except motions for continuance of trial, are hereby **REFERRED** to United States Magistrate Judge Stephen T. Brown to take all necessary and proper action as required by law, it being further

   **ORDERED AND ADJUDGED** that the parties shall file their responses to all pre-trial motions within ten (10) days of their date of filing, it being further

   **ORDERED AND ADJUDGED** that all discovery responses and/or pre-trial motions shall be filed within the time limitations set forth in this Court's <u>Standing Discovery Order</u>. **A continuance of the trial date in this matter <u>shall not extend the deadline</u> for the filing of motions.** Any proposed motion received after the "motions

cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

**DONE AND ORDERED**, in Miami, Florida, this 12 day of October, 2000.

PAUL C. HUCK
**UNITED STATES DISTRICT JUDGE**

cc: Hon. Stephen T. Brown
Lawrence LaVecchio, AUSA
Samuel DeLuca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadaro, Esq.
Michael Smith, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.