UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS CHIUSANO,
ADAM SILVERMAN,
CHARLES MONICO,
ANTHONY BANKS,
FREDERICK MASSARO,
CARLOS GARCIA,
        Defendant.
_____/

CASE NO. 00-6273-CR-HUCK

NOTICE OF HEARING



FILED by _____ D.C.

OCT 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference on Monday, November 06, 2000 at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: October 25, 2000

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: all counsel of record
    U.S. Marshals Service
    Pre-Trial Services

