UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and pursuant to the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court enter an Order permitting the Defendant to leave the State of Florida and travel to San Juan, Purto Rico, and as grounds, would show unto the Court the following;

1. That the Defendant, JULIUS BRUCE CHIUSANO, is presently released on a one hundred thousand dollar corporate surety bond with supervised release.

2. That the Defendant is also released on bond in Case No. 00-6309-CR-Seitz with a fifty thousand dollar corporate surety and a fifty thousand dollar personal surety bond.

3. That the Defendant has been on supervised release since October 5, 2000.

4. That the Defendant respectfully requests this Honorable Court permit the Defendant to travel to San Juan, Purto Rico, for the purpose of the President's Day Weekend Holiday.

5. That the Defendant desires to travel outside the State of Florida for approximately Four (4) days beginning on or about February 15, 2001 and returning February 19, 2001.

6. That a copy of the Defendant's Itinerary is attached hereto as Defendant's Exhibit 1.

7. That undersigned has spoken to the Pretrial Services officer, Rauol Segaro, regarding this travel permit and he has no objection.

8. That prior to the Defendant's departure the Defendant will provide addresses and

telephone numbers where he will be staying to Rauol Segaro of the Pretrial Services Office in Dade County, Florida, as required under Defendant's terms and conditions of supervised release and report immediately upon his return to the jurisdiction.

WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting the Defendant's request permitting the Defendant to travel outside the State of Florida to San Juan, Purto Rico.

### 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted the opposing counsel, Assistant United States Attorney, Jeffrey Sloman on behalf of Lawrence D. LaVecchio, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that he has no objection to the granting of this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Jeffrey Sloman on behalf of Lawrence D. LaVecchio, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230), and Raul Sagaro, Pretrial Services, 330 Biscayne Blvd., Suite 500, Miami, FL 33132, (by Facsimile 305-530-7123), and U.S. Mail Delivery; and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 9th FEBRUARY, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341

JAN-30-01 04:39 PM                                                     P.01

# LIBERTY TRAVEL

Loehmann's Fashion Island Mall
18797 Biscayne Boulevard
Aventura, Florida 33180
Telephone (305) 705-0185  Fax (305) 705-0965
Email: mazena@libertytravel.com

287-
253- 1700

To:      Brenda

From:    Audra Mazen                        Ritz-Carlton
                                            San Juan
Re:      Bruce Chiusano                         L.K.

Dt:      1/30/01           No of Pages:   1

**********************************************************

Brenda,

Attached please find a copy of a flight itinerary for Bruce Chiusano. Bruce would like to travel to the Ritz Carlton in San Juan February 15 - 19, 2001.

If any additional information is needed, please do not hesitate to contact me.

---

```
              ITINERARY ONLY: NOT VALID FOR TRANSPORTATION
CHIUSANO/JULIUS      PAGE 1 OF 1   FILE:
THIS ITINERARY IS FOR INFORMATION ONLY. Airfares are NOT guaranteed UNTIL ticketed. Seat assignments are
subject to availability.        Reconfirm reservations 72hrs prior to each flight.

TRANS WORLD AIRLINES    FLIGHT   936  15FEB THU
      DEPART  1018A            FT LAUDERDALE
      ARRIVE   135P            SAN JUAN      PR    CHECK-IN REQUIRED
TRANS WORLD AIRLINES    FLIGHT   917  19FEB MON         MEALS: SNACK
      DEPART   555P            SAN JUAN      PR
      ARRIVE   749P            FT LAUDERDALE       CHECK-IN REQUIRED
                                                        MEALS: SNACK
```