UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.

_____/



### DEFENDANT, JULIUS BRUCE CHIUSANO'S MOTION FOR SEVERANCE OF COUNTS 17, 18, 19 AND 20

COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and pursuant to Rule 14 of the Federal Rules of Criminal Procedure and would move this Honorable Court for an order severing Counts 17, Count 18, Count 19, and Count 20 and states as grounds the following:

#### FACTUAL BACKGROUND

On or about October 5, 2000, the Defendant, JULIUS BRUCE CHIUSANO, was arraigned on a twenty-five (25) count Indictment. That said Indictment charges the Defendant in Count I with a violation of Title 18, U.S.C. Section 1962(d); Counts 2 through 16 with violation of Title 18, U.S.C. Sections 1344 and 2; and in Count 21 with violation of Title 18, U.S.C. Sections 513(a) and 2. That Counts 2 through 16 involve bank fraud and the negotiation of fifteen (15) specific counterfeit checks. There is no allegation in any of the fifteen (15) counts that the Defendant, JULIUS BRUCE CHIUSANO, was involved in any acts of violence. Likewise, Count 21 charges the Defendant with possession of counterfeit securities. Once again without any allegation of violence.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4

A close review of the defendants alleged conduct in reference to the "means and methods of the racketeering conspiracy" indicates:

> (e) Defendant, JULIUS BRUCE CHIUSANO and other persons would devise a scheme and artifice to defraud federally insured banks by using counterfeit checks to unlawfully purchase goods from retailers located in the Southern District of Florida for the benefit of the enterprise.
>
> (f) Defendant, JULIUS BRUCE CHIUSANO would provide to Defendants Frederick J. Massaro and Ariel Hernandez copies of checks which had been negotiated through Check Cashing Unlimited II, for the purpose of creating counterfeit checks.

In contrast to this conduct and the violations alleged against Co-Defendants, MASSARO, HERNANDEZ, and GARCIA, SILVERMAN, MONICO, and BANKS, entail with a conspiracy to commit and or cover up the murder of Jeanette Smith. The Defendant, JULIUS BRUCE CHIUSANO, would assert that the joinder of these allegations of violent conduct will have a prejudicial spill-over effect such that any instructions given by the court as to the Defendant, JULIUS BRUCE CHIUSANO's lack of involvement would not be sufficient to over-come the prejudice. Further, the presentation of such evidence of violent conduct would cause a reasonable jury to concentrate on the violent nature of the charges and convict the defendants without regard for the Government proving its case against Defendant, JULIUS BRUCE CHIUSANO.

WHEREFORE, based upon the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court pursuant to Rule 14 of the Federal Rules of Criminal Procedure enter an order severing Counts 17, 18, 19, and 20 from the instant trial and set counts in a separate trial.

## 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted

the opposing counsel, Assistant United States Attorney, Jeffrey Sloman on behalf of Lawrence D. LaVecchio, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that the Government is opposed to this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record listed on the attached Certificate of Service, and the original and one (1) copy filed with the Clerk of the Court, by U.S. Mail Delivery; this ___ MARCH, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By:_____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341