UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

       Defendant.
_____/

## MOTION TO ADOPT

    COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and moves to adopt the Motion to Dismiss Indictment, RICO Conspiracy, filed by Co-Defendant, Fredrick Massaro.

    WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting the Defendant's Motion to Adopt.

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record listed on the attached Certificate of Service, and the original and one (1) copy filed with the Clerk of the Court, by U.S. Mail Delivery; this ___ MARCH, 2001.

                Respectfully submitted,

                DONALD R. SPADARO, P.A.
                Attorneys for DEFENDANT/CHIUSANO
                1000 South Federal Highway
                Suite 103
                Fort Lauderdale, Florida 33316
                Telephone: (954) 763-5504

By:_____
    DONALD R. SPADARO, ESQUIRE
    Florida Bar No.: 320341

NON-COMPLIANCE OF S.D. fla. L.R. 7.1A4

## CERTIFICATE OF SERVICE

U.S.A. -v- ANTHONY TRENTACOSTA
Case No.: 00-6278-CR-HUCK

Jeffrey H. Sloman, AUSA
on behalf of Larry LaVecchio, AUSA
Office of the United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL   33301

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida   33134

Sanuel Deluca, Esq.
3451 John F. Kennedy Boulevard
Jersey City, New Jersey 07307
(Counsel for Francis Ruggiero)

Jeffrey D. Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida   33136
(Counsel for Ariel Hernandez)

Michael Smith, Esquire
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida   33301
(Counsel for Adam T. Silverman)

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida   33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida   33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida   33126

Fred Haddad, Esquire
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida   33394
(Counsel for Frederick Massaro)