UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

        Defendant.

_____/

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, JULIUS BRUCE CHIUSANO'S MOTION FOR SEVERANCE OF COUNTS 17, 18, 19 AND 20

      The Defendant, JULIUS BRUCE CHIUSANO, has asserted the necessity of severance of Counts 17, 18, 19, and 20 in the instant Indictment. These allegations consists of acts of violence committed by alleged co-conspirators, specifically, the murder of Jeanette Smith, its coverup, and a conspiracy to murder Ariel Hernandez.

      Rule 14 of the Federal Rules of Criminal Procedure states in part:

> If it appears that a defendant or the government is prejudiced by a joinder of offenses or of defendants in an indictment or information or by such joinder for trial together, the court may order an election or separate trials of counts, grant a severance of defendants or provide whatever other relief justice requires...

      The Defendant is fully aware that the granting of such relief is within the sound discretion of the district court. USA v. Van Horn, 789 F.2d 1492, 1505 (11th Cir. 1986). In the event that Counts 17, 18, 19, and 20 are tried together it is anticipated that the jury will be presented with gruesome evidence and testimony concerning the murder of Jeanette Smith. Curative instructions



given by the court either prior to or during such gruesome testimony would fail to overcome the spillover effect against uninvolved defendants including CHIUSANO. In fact, since the inception of the Indictment of the case the emphasis through printed and television media have been upon Counts 17 through 20, i.e. the murder of Jeanette Smith. Defendant has attached hereto and incorporated herein as Composite Exhibit 1 several printed news articles published at the inception of the Indictment which reinforce the Defendant's position that the Government intends to highlight and sensationalize this case through the use of Counts 17 through 20, i.e. the murder of Jeanette Smith.

Further, there is no indication in the discovery presented to date that the Government had any reason to believe that the Defendant CHIUSANO was involved in any of the allegations in Counts 17 through 20 nor would a reasonable person believe that it was foreseeable that such conduct would result from the allegations of counterfeit checks and/or securities fraud alleged in the counts naming Defendant CHIUSANO.

The Defendant CHIUSANO does not seek complete severance but only severance of those counts which are of such prejudicial nature to effect the impartiality of a jury. In Zafiro v. USA, 506 U.S. 534, 539, 113 S.Ct. 933, 938 (1993) held:

> ...when defendants have been joined properly under
> Rule 8(b), the district court should grant Rule 14
> severance only if (1) there exists a serious risk that a
> joint trial would compromise a specific trial right of
> one of the defendants; or (2) a joint trial would
> "prevent the jury from making a reliable judgment
> about guilty or innocence".

In the case at bar the joinder of Counts 17 through 20 will entail the presentation by the Government of such testimony and evidence of a nature that would indeed prevent the jury from making a reliable judgment about the guilt or innocense of Defendant CHIUSANO. Further, as the Defendant, JULIUS BRUCE CHIUSANO, is joined in other counts with these same

individuals accused in Counts 17 through 20, a jury may have difficulty disassociating relevant counts involving CHIUSANO with the allegations of Counts 17 through 20.

Based upon the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully seeks the entry of an order severing Counts 17, 18, 19, and 20, in the instant Indictment to be tried separately.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record listed on the attached Certificate of Service, and the original and one (1) copy filed with the Clerk of the Court, by U.S. Mail Delivery; this ___/2/___ MARCH, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By:_____
    DONALD R. SPADARO, ESQUIRE
    Florida Bar No.: 320341

# Controversial drugs co...



**SMITH**   **HERNANDEZ**

# Mob tied to killing of dancer

## Helped dispose of body, feds say

BY LARRY LEBOWITZ

lebowitz@herald.com

Key members of a South Florida-based crew of the Gambino organized crime family were arrested Tuesday and charged with aiding in the 1999 murder of an exotic dancer whose body was dumped in the Everglades, and then trying to rub out the crew member charged with actually killing her.

The sweeping federal racketeering indictment unsealed Tuesday also accuses the crew headed by Frederick J. Massaro, 60, of Hollywood, and the "made" man he reported to in the Gambino family, Anthony "Tony Pep" Trentacosta, of suburban Atlanta, with loansharking, credit card and bank fraud.

The most serious charges hinge on the March 20, 1999, murder of Jeanette Smith, 22, of Pembroke Pines, who performed under the stage name

▶ PLEASE SEE INDICTMENTS, 2A



...teammate Laura Berg, right, after Berg's fly ball scored the winning run Tuesday against Japan to give the team the gold medal. **Story, 1D**

SYDNEY — The United States... ball and softball diamonds, but c... continued to cloud the Summer ...

Doug Mientkiewicz of Miami... with a game-winning home run f... in a week Tuesday to guaran... rematch with Cuba today. The U... be on MSNBC's 10 a.m.-5 p.m. ca...

Mientkiewicz knows what a v... in South Florida, but in Sydney i...

"If they're happy, then I'm ha... familiar with the situation there... face to me. If it's Italy we have t... medal, then it's the same thin... about politics, but to me it's just...

In softball, the U.S. women ca... comeback by beating undefeate... gold medal. The United States,... team going into the Games, had ... utive games to overcome three e...

Romania, already reeling fror... sion of gymnastics champion An... fered another drug-induced blem... holder of the women's world rec... throw was prevented from comp... positive drug test. Also, Olym... highly critical of U.S. shot pu... attempts to explain his positive ...

# Poverty at lowest level in 20 years, report says

BY KEN MORITSUGU

Herald Washington Bureau

WASHINGTON — Demonstrating the power of a strong economy to help the poor, the nation's poverty rate fell in 1999 to its lowest level in two decades, the Census Bureau reported Tuesday.

Last year 32.3 million people lived in poverty, which the government defines as a maximum annual income of $8,501 for a single person and

$17,029 for a family of four. That is 11.8 percent of the nation's 273.5 million people, down from 12.7 percent, or 34.5 million people, in 1998.

Economists attribute the decline in poverty to the continuing economic expansion, in particular to the fact that it is now, at 114 months, the longest in U.S. history.

Median household income rose for a fifth consecutive year, the first time

▶ PLEASE SEE POVERTY, 13A

## 'LEE



Louis Free... defend th... Wen Ho L...

---

**INSIDE**

**BUSINESS**
**LATIN MEDIA** mogul Gustavo Cisneros, left, was instrumental in bringing the world's top e-commerce executives to Miami this week to discuss the specter of global overregulation. 1C

**BROWARD**
**A YEAR AFTER** returning to their war-torn home in northeastern Kosovo, the Gashi family is back in South Florida and already they are brimming with hope for their new lives. 1B

ACTION LINE
CLASSIFIED
COMICS
CROSSWORD
DEATHS

▶ KNIGHT RIDDER

## FROM THE FRONT PAGE

# Crime family members arrested in dancer's death

Case 0:00-cv-06061-KAM   Document 1   Entered on FLSD Docket 03/06/2001   Page 6 of 8

# Crime family suspects arrested

## 2 in Florida charged with killing stripper

**By JOHN HOLLAND**
STAFF WRITER

Federal agents spent Tuesday rounding up what they call ranking members of the Gambino crime family's Florida operation on charges ranging from extortion to racketeering to the 1999 murder of a Pembroke Pines exotic dancer.

A 100-page federal grand jury indictment said nine people, including reputed Gambino leaders Anthony Trenta-

> **A 100-page federal grand jury indictment said nine people ran operations in South Florida for the New York-based Gambino crime family.**

costa of Atlanta and Fred Massaro of Sunny Isles, ran operations in South Florida for the New York-based Mafia family.

Massaro and Ariel Hernandez of Miami were charged with the March 1999 murder of Jeannette Anne Smith, 22, a stripper at Thee Dollhouse in Sunny Isles. A fisherman found her naked body inside a stereo box under a boat ramp in the Everglades. She had been strangled, according to the Broward County Sheriff's Office.

Hernandez was already charged in Broward County Circuit Court with Smith's murder. Broward Sheriff's deputies arrested him weeks after the killing and said he confessed to strangling Smith. None of the other people named in Tuesday's indictment are linked to Smith's

■ FEDS continues on 5B

# Crime family suspects arrested

## ■ FEDS
CONTINUED FROM PAGE 1B

killing.

Also arrested Tuesday were Frank Ruggiero, Julius Chusano, Charles Partick Monico, Carlos Garcia, Anthony Raymond Banks and Adam Todd Silverman, Assistant U.S. Attorney Rosa Rodriguez Mera confirmed Tuesday. She would not provide details of the charges.

Most of the men will appear in U.S. District Court in Fort Lauderdale today, and prosecutors have scheduled a news conference for 10 a.m.

Trentacosta, a partner in the moving firm Father & Son, made his first appearance in an Atlanta court Tuesday afternoon and is being held without bond pending transfer to Florida. His moving company has been the subject of many consumer complaints and a U.S. Senate subcommittee has branded him a member of the Gambino organized crime family.

The indictment also names Massaro as a Gambino associate and says he and Hernandez were "responsible" for Smith's murder, Rodriguez Mera said. She would not say what role Massaro may have played in Smith's killing. Thee Dollhouse, where she danced, is just minutes from Massaro's home. Hernandez was a regular customer there.

When he confessed, Hernandez told investigators that he paid $500 for sex with Smith and strangled her when "things got out of hand." At the time, Smith's friends and co-workers doubted the story, saying Smith was not a prostitute and never associated with customers.

## CERTIFICATE OF SERVICE

U.S.A. -v- ANTHONY TRENTACOSTA
Case No.: 00-6278-CR-HUCK

Jeffrey H. Sloman, AUSA
on behalf of Larry LaVecchio, AUSA
Office of the United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL   33301

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida   33134

Sanuel Deluca, Esq.
3451 John F. Kennedy Boulevard
Jersey City, New Jersey 07307
(Counsel for Francis Ruggiero)

Jeffrey D. Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida   33136
(Counsel for Ariel Hernandez)

Michael Smith, Esquire
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida   33301
(Counsel for Adam T. Silverman)

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida   33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida   33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida   33126

Fred Haddad, Esquire
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida   33394
(Counsel for Frederick Massaro)