# CRIMINAL MINUTES
## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by VT D.C.
MAR 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE **Paul C. Huck**

CASE NO. **00-6273-CR**   DATE **3-6-01**

CLERK   Valerie Thompkins   REPORTER **Larry Hern**

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. **Anthony Trentacosta et al**

AUSA **Lawrence LaVecchio**   DEFENSE CSL. **Richard Houlihan**

Defendant(s) Present ___ Not Present **X** In Custody ___

TYPE OF HEARING **Special Status Conference**

RESULT OF HEARING **Defense Oral Tenus motion to Continue Trial is hereby Granted**

### NEW DATES SET BY COURT

Defense P/T/Motions **Cut-off 3-30-01**   Trial Date **11-19-01**

Govt. Resp to P/T/Motions _____   Further **Calendar Call 11-14-01**

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: **3-6-01** thru **11-30-01** to be excludable pursuant to the Speedy Trial Act.

