00-6273.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/

## ORDER GRANTING MOTION TO ADOPT

This Cause is before the Court on Defendant Julius Bruce Chiusano's Motion Adopt, filed March 5, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Defendant Chiusano is hereby deemed to have adopted the Motion to Dismiss Indictment, RICO Conspiracy, filed by Co-Defendant Fredrick Massaro.

    **DONE AND ORDERED** this 6th day of March, 2001 at Miami, Florida.

                                STEPHEN T. BROWN
                                U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Jeffrey H. Sloman, Esq. (AUSA)
       Larry LaVecchio, Esq.
       Richard Houlihan, Esq.
       Samuel Deluca, Esq.
       Jeffrey Weinkle, Esq.
       Donald Spadero, Esq.
       Michael Smith, Esq.
       Fred Haddad, Esq.
       Alejandro Taquechel, Esq.
       Thomas Almon, Esq.
       Manuel Gonzalez, Esq.