UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

        Defendant.
_____/

## MOTION TO ADOPT

COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and respectfully moves this Honorable Court for leave to adopt the Motions filed by Co-Defendant, Ariel Hernandez, as follows:

1. Motion to Sever Counts 17 and 18 and to Strike Allegations of Murder of Jeannette Smith.

2. Motion for Discovery and Suppression of Co-Conspirator's Statements.

3. Motion for a Pre-Trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law.

WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting this Motion to Adopt Co-Defendant, Ariel Hernandez's Motion to Sever Counts 17 and 18 and to Strike Allegations of Murder of Jeannette Smith; Co-Defendant's Motion for Discovery and Suppression of Co-Conspirator's Statements; and Motion for a Pre-Trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law, as well as all evidence adduced in support of the motions as filed and are argued.

## 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted the opposing counsel, Assistant United States Attorney, Lawrence D. LaVecchio, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that he has no objection to the granting of this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record listed on the attached Certificate of Service, and the original and one (1) copy filed with the Clerk of the Court, by U.S. Mail Delivery; this 30 MARCH, 2001.

NON-COMPLIANCE OF S.D. Fa. L.R.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341

## CERTIFICATE OF SERVICE

U.S.A. -v- ANTHONY TRENTACOSTA
Case No.: 00-6278-CR-HUCK

| | |
|---|---|
| Larry LaVecchio, AUSA<br>Office of the United States Attorney<br>500 East Broward Boulevard, 7th Floor<br>Fort Lauderdale, FL 33301<br><br>Richard Houlihan, Esq.<br>300 Aragon Avenue, Suite 310<br>Coral Gables, Florida 33134<br><br>Samuel Deluca, Esq.<br>3451 John F. Kennedy Boulevard<br>Jersey City, New Jersey 07307<br>(Counsel for Francis Ruggiero)<br><br>Jeffrey D. Weinkle, Esq.<br>1035 N.W. 11th Avenue<br>Miami, Florida 33136<br>(Counsel for Ariel Hernandez)<br><br>Michael Smith, Esquire<br>633 S.E. 3rd Avenue, Suite 4F<br>Fort Lauderdale, Florida 33301<br>(Counsel for Adam T. Silverman) | Alejandro Taquechel, Esq.<br>3750 W. 16th Avenue, Suite 238<br>Hialeah, Florida 33012<br><br>Thomas Almon, Esq.<br>321 N.E. 26th Street<br>Miami, Florida 33137<br><br>Manuel Gonzalez, Esq.<br>782 N.W. Le Jeune Road, Suite 440<br>Miami, Florida 33126<br><br>Fred Haddad, Esquire<br>One Financial Plaza, Suite 2612<br>Fort Lauderdale, Florida 33394<br>(Counsel for Frederick Massaro) |