UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by ____ D.C.
APR 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel is hereby GRANTED; the Defendant shall be permitted to travel to and from Atlantic City, New Jersey, for approximately Four (4) days beginning on or about April 12, 2001 and returning on or about April 15, 2001, and;

2. That prior to the Defendant's departure, the Defendant will provide the addresses and telephone numbers where he will be staying to Raul Sagaro of the U.S. Pretrial Services Office in Dade County, Florida, and report immediately upon Defendant's return on April 15, 2001, as required under Defendant's terms and conditions of bond.

DONE AND ORDERED at Miami, Dade County, Florida, this _10_ day of _April_, 2001.

                                                        _____
                                                        UNITED STATES DISTRICT COURT

Copies furnished:
Donald R. Spadaro, Esq.
Atty. for Defendant

Lawrence LeVecchio, AUSA
United States Attorney's Office

Raul Sagaro, U.S. Pretrial Services