00-6273.ok

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## ORDER GRANTING MOTION TO ADOPT

This Cause is before the Court on Defendant Julius Bruce Chiusano's Motion to Adopt, filed March 30, 2001. This Court having reviewed the motion and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Defendant Chuisano is hereby deemed to have adopted the following motions filed by Defendant Ariel Hernandez:

    A.    Motion to Sever Counts 17 and 18 and to Strike Allegations of the Murder of Jeanette Smith;

    B.    Motion for a Pre-Trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law;

    C.    Motion for Discovery and Suppression of Co-Conspirator's Statements and Incorporated Memorandum of Law;

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       counsel on attached list

Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Alejandro Taquechel, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.