UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and pursuant to the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court enter an Order permitting the Defendant to leave the State of Florida and travel to San Juan, Purto Rico, and as grounds, would show unto the Court the following;

1. That the Defendant, JULIUS BRUCE CHIUSANO, is presently released on a one hundred thousand dollar corporate surety bond with supervised release.

2. That the Defendant is also released on bond in Case No. 00-6309-CR-Seitz with a fifty thousand dollar corporate surety and a fifty thousand dollar personal surety bond.

3. That the Defendant has been on supervised release since October 5, 2000.

4. That the Defendant respectfully requests this Honorable Court permit the Defendant to travel to San Juan, Purto Rico, for the purpose of the Memorial Day Holiday.

5. That the Defendant desires to travel outside the State of Florida for approximately Five (5) days beginning on or about May 31, 2001 and returning June 4, 2001.

6. That a copy of the Defendant's Itinerary is attached hereto as Defendant's Exhibit 1.

7. That undersigned has spoken to the Pretrial Services officer, Raul Sagaro, regarding this travel permit and he has no objection.

8. That prior to the Defendant's departure the Defendant will provide addresses and telephone numbers where he will be staying to Raul Sagaro of the Pretrial Services Office in Dade

County, Florida, as required under Defendant's terms and conditions of supervised release and report immediately upon his return to the jurisdiction.

WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting the Defendant's request permitting the Defendant to travel outside the State of Florida to San Juan, Purto Rico.

## 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted the opposing counsel, Assistant United States Attorney, Lawrence D. LaVecchio, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that he has no objection to the granting of this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Lawrence D. LaVecchio, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230), and Raul Sagaro, Pretrial Services, 330 Biscayne Blvd., Suite 500, Miami, FL 33132, (by Facsimile 305-530-7123), and U.S. Mail Delivery; and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 21 MAY, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By:_____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341

```
TO 610-567-5811              FROM 49591455 49591455  10MAY01 1149EST 21621609   PAGE 1 OF 1


    EASYLINK 2162160S001 10MAY01 11:49/11:49 EST
    FROM: 49591455 49591455 ISLA UD
          ISLAND RESORT TOURS
    TO:   6105675811

    SALES PERSON: JK                ITINERARY                    DATE: 10 MAY 01
    CUSTOMER NBR: 020074                       VTXYUQ            PAGE: 01

              TO: ISLAND RESORT TOURS
                  300 EAST 40TH ST
                  NEW YORK, NY 10016-2188


    FOR: CHIUSANO/BRUCE


    31 MAY 01  -  THURSDAY
       AIR    TWA                  FLT:952      BUSINESS         LUNCH
              LV MIAMI INTERNTNL                1045A            EQP: MD-80
                                                                 02HR 26MIN
              AR SAN JUAN      PR               111P             NON-STOP
              ARRIVE: TERMINAL C                                 REF: 2E25RX

    04 JUN 01  -  MONDAY
       AIR    TWA                  FLT:955      BUSINESS         DINNER
              LV SAN JUAN      PR               605P             EQP: MD-80
              DEPART: TERMINAL C                                 02HR 44MIN
              AR MIAMI INTERNTNL                849P             NON-STOP
                                                                 REF: 2E25RX

    THIS IS NOT A BOARDING PASS. YOU MUST CHECK-IN AT THE
    AIRLINE TICKET COUNTER. PLEASE RECONFIRM FLIGHTS WITH
    THE AIRLINE 48 HOURS PRIOR TO DEPARTURE
```