Unsealed by BE 600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

NIGHT BOX FILED
JUN 0 8 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ANTHONY TRENTACOSTA, et al.,**

Defendants.
_____/

MOTION TO SEAL GOVERNMENT'S NOTICE OF FILING COPIES OF
WIRETAP ORDERS AND APPLICATIONS AND ATTACHMENTS

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an order sealing the Government's Notice of Filing Copies of Wiretap Orders and Applications, and the attachments thereto, and in support thereof asserts the following:

1. Simultaneously herewith, the government is filing a Notice of Filing Copies of Wiretap Orders and Applications. Attached thereto are copies of the wiretap orders, and their accompanying applications and affidavits, which resulted in the interception of wire communications which the government will be offering as evidence in the instant case. These documents are being provided for the Court's review and consideration in connection with motions which have been filed by the defendants seeking suppression of wiretap evidence.

2. The aforesaid orders, and their accompanying applications and affidavits, were ordered sealed by The Honorable William P. Dimitrouleas at the time of their issuance in accordance with Title 18, United States Code, Section 2518(8)(b).

270/ỿ

3. In conformity with the terms of the Standing Discovery Order entered in this case, and consistent with the dictates of Title 18, United States Code, Section 2517(2), the government has provided each defendant with copies of the aforesaid documents. These documents have not been publicly divulged to date.

4. Although, to the knowledge of the undersigned, the Eleventh Circuit has not addressed the issue, some courts have held that, prior to the public dissemination of such materials, the government must give notice to the defense and provide an opportunity to object. See, e.g., United States v. Gerena, 869 F.2d 82, 86 (2d Cir. 1989). See also, United States v. Shenberg, 791 F.Supp. 292 (S.D.Fla. 1992).

WHEREFORE, in an abundance of caution, the government hereby moves to seal the aforesaid documents pending further order of the Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
LAWRENCE D. LaVECCHIO
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0305405
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, Florida 33394
Tel.(954)356-7255/356-7230-fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the following on this 8*th* day of June 2001.

Richard K. Houlihan, Esq. (for Anthony Trentacosta)
300 Aragon Avenue, Ste. 310
Coral Gables, Florida 33134

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

William D. Matthewman, Esq. **(for Ariel Hernandez)**
2300 Glades Rd., Suite 340 - West Tower
Boca Raton, Florida 33431

Christopher A. Grillo, Esq. **(for Frederick J. Massaro)**
1 East Broward Blvd., #700
Ft. Lauderdale, Florida 33301

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney

```
                                                                    [vdkttext]


                              Case Selection
Dkt type: cr   Case Number: 00-6273      Division: 0    FtLauderdale

Transaction: kseal doc -/-/- - -
                              History Record
Occurrence date:      06/08/01     Service date :           ID#  4624479
                              Document Record
Document number:       270     -1   Document type :doc        -
Date filed : 06/08/01               Date disposed :         Term # :
Date req :                          Time req :              Flag :
Requested Amt :
+-----------------------------------------------------------+
 SEALED DOCUMENT



+editing docket text----------------------------------------+

 Command mode (? for commands)
```

Attached to D.E. # ___270___