UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JULIUS BRUCE CHIUSANO,

       Defendant(s).

_____/



ORDER

    THIS CAUSE has come before the Court upon the Defendant's Julius Chiusano Motion For Permission To Travel, filed August 7, 2001. The Court being fully advised in the premises, it is

    ORDERED AND ADJUDGED that the Defendants Motion to Travel is hereby DENIED.

    DONE AND ORDERED at Miami, Florida, this ___/O___ day of August 2001.

                                                    _____
                                                  PAUL C. HUCK
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF FLORIDA

cc:  Brian McCormick, AUSA
     Donald Spadaro, Esq.
     U. S. Pretrial Services
     U. S. Probation Office