UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6273-CR-HUCK

    Plaintiff,

vs.                                 NOTICE OF HEARING

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Tuesday, September 04, 2001, at 5:00 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: August 22, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Lawrence LaVecchio, AUSA
    Donald Spardaro, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services

FILED by _____ D.C.
AUG 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.