UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6273-CR-HUCK-BROWN



FILED by _____ D.C.

AUG 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIUS BRUCE CHIUSANO,

    Defendant(s).

_____/

ORDER

THIS CAUSE has come before the Court upon the Defendant's Julius Chiusano Motion for Permission to Travel, filed August 24, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendants Motion to Travel is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this 24 day of August 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Lawrence LaVecchio, AUSA
    Donald Spadaro, Esq.
    U. S. Pretrial Services