UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JULIUS BRUCE CHIUSANO,

  Defendant(s).
_____/

**ORDER**



THIS CAUSE has come before the Court upon the United States Probation Officer Thomas Felasco, Request for Continuance of Sentencing Hearing, dated November 13, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the United States Probation Officers Request for Continuance is **GRANTED**. The sentencing is reset to **Friday, January 25, 2001 at 3:30 p.m.** at the Federal Justice Building, 99 NE 4th Street, courtroom 6, 10th floor, Miami, Florida.

DONE AND ORDERED at Miami, Florida, this 14 day of November 2001.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE

cc:   Lawrence LaVecchio, AUSA
      Donald Spadaro, Esq.
      U. S. Pretrial Services Office
      U. S. Probation Office (Thomas Felasco)