UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

        Defendant.
_____/

### DEFENDANT, CHIUSANO'S OBJECTIONS TO PRESENTENCE REPORT

    COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel pursuant to Rule 32 of the Federal Rules of Criminal Procedure, and files this his Objections to the Presentence Report dated November 9, 2001, and would state his objections as follows:

    1. Paragraph 17: The Defendant would object and assert that he is not a member of the South Florida crew of the Gambino Crime Family, nor was he an employee of Beach Side Mario's Restaurant.

    2. Paragraph 27: The Defendant would object to the second sentence and request that said sentence read as "there is no evidence to indicate Chiusano was involved" as opposed to: "there is no evidence to indicate Chiusano was <u>not</u> involved in any way in either of the two planned murders or the disposal of evidence concerning said murders." Specifically, the Defendant would request that the word "not" in sentence two be deleted.

    3. Paragraph 31: The Defendant would object to Paragraph 31. Chiusano would assert that he did not request a TV but rather was asked by Massaro if he was interested in a TV. Chiusano said that he needed one for his apartment and subsequently received a TV from Massaro. Further, the last sentence should be corrected to indicate that Chiusano (rather than Massaro) provided Massaro (rather than Chiusano) with a personal loan in the amount of $10,000.00 which he subsequently paid back in two installments of $5,000.00 each.

    4. Paragraph 45: The Defendant would object as the Defendant has entered into a



plea agreement which encompasses both this case pending as well as the case before Judge Seitz (Case No. 00-6309-CF-SEITZ). The Defendant although sentenced by Judge Seitz to eighteen (18) months would assert that both cases were negotiated and resolved concurrently. Accordingly, the Defendant respectfully requests this Court sentence him in the Criminal History Category One range. U.S.S.G. Section 4 A1.2; U.S.S.G. Section 4 A1.3; U.S.S.G. Section 5 H1.8; <u>United States of America v. Delgado-Reyes</u>, 245 F.3d 20 (1st Cir. 2001); and <u>United States of America v. Orozco</u>, 121 F.3d 628 (11th Cir. 1997). Based on a total offense level of sixteen (16) in the Criminal History Category One, the guideline imprisonment range is 21 to 27 months.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to Lawrence D. LaVecchio, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, U.S. Mail Delivery; Thomas E. Felasco, U.S. Probation, Room 315 U.S. Courthouse, 300 NE First Avenue, Miami, Florida 33132-2126, by Hand Delivery, and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 27x NOVEMBER 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By:  _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No. 320341