UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK
Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,

    Plaintiff,

FRANCIS RUGGIERO, (B)
CHARLES PATRICK MONICO (J)02406-748
ANTHONY RAYMOND BANKS(J)02407-748
CARLOS GARCIA (J)61939-004
ADAM TODD SILVERMAN(J)02405-748
JULIUS CHIUSANO (B)

    Defendant.
_____/



FILED by ____ D.C.
DEC 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that the sentencing is this matter is reset for **January 29 2002 at 3:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

Please call (305) 523-5525 to confirm this sentencing date.

Date: December 4, 2001.

Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Lawrence LaVecchio, AUSA
Jeffrey Sloman, AUSA
Samuel DeLuca, Esq.
Michael Smith, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.
Albert Levin, Esq.
Donald Spadero, Esq.
    Probation
    Pretrial

