SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-CR-6273-Huck

DEFENDANT Julius Chiusano
JUDGE PAUL C. HUCK

Deputy Clerk Elvis Taveras
DATE 1/29/02 - 3:00

Court Reporter Larry Herr
USPO _____

AUSA Lawrence Lavecchio
Jeff Sloman
Deft's Counsel Donald Spadaro

COUNTS DISMISSED _____

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 28 | 1 |

Supervised Release 3 years

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments: Sentence to run concurrently with sentence imposed under CR-00-6309-Seitz

Assessment $ 100.00    Fine $ _____
Restitution /Other To be determined by end of March, 2002

### CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____