UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

Defendant.
_____/



FILED by _____ D.C.

FEB 1 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S
## MOTION TO EXONERATE BOND

THIS CAUSE having come on to be heard upon Defendant's Motion to Exonerate Bond, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion to Exonerate Bond is hereby GRANTED;

2. That the corporate surety bond, Power #A101129338, held by Universal Bail Bonds is hereby exonerated and otherwise released.

DONE AND ORDERED at Miami, Dade County, Florida, this 13 day of February, 2001.

_____
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Lawrence D. LaVecchio, AUSA
United States Attorney's Office

Rauol Segaro, U.S. Pretrial Services

