```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

                    CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
NOV 27 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | SEPTEMBER 4, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, et al. | |
| Defendants. | |

                TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard, Suite 700
                        Ft. Lauderdale, FL 33394
                        954/356-7255

FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
  TRENTACOSTA:          999 Ponce de Leon Boulevard
                        Suite 700
                        Coral Gables, FL 33134
                        305/448-9900


FOR DEFENDANT:          FRED HADDAD, ESQ.
  MASSARO:              One Financial Plaza
                        Ft. Lauderdale, FL 33394
                        954/467-6767

```
 1  FOR DEFENDANT                JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:                One Southeast 2nd Street, Suite 3550
 2                               Miami, FL  33131 - 305/373-4445

 3

 4  FOR DEFENDANT
       RUGGIERO:                 SAM DELUCA, ESQ.

 5

 6  FOR DEFENDANT
       SILVERMAN:                MICHAEL SMITH, ESQ.

 7  FOR DEFENDANT
       CHIUSANO:                 DONALD SPADARO, ESQ.

 8

 9
    REPORTED BY:                 LARRY HERR, RPR-CM-FCRR-AE
10                               Official Federal Court Reporter
                                 JLK Federal Justice Building
11                               99 Northeast 4th St., Suite 1067
                                 Miami, FL  33132 - 305/523-5528
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```