UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

        Defendant.

_____/



## ORDER GRANTING DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL WHILE ON PROBATION

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel While on Probation, and the Court being advised that the United States Probation Office through its United States Probation Officer, Anthony Gagliardi has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel While on Probation is hereby _Granted_ ; and

2. The Defendant shall be permitted to travel to the Atlantis Resort, Nassau, Bahamas for approximately Three (3) days beginning on or about December 30, 2004, and returning on or about January 2, 2005.

DONE AND ORDERED at Miami, Dade County, Florida, this _21_ day of _December_ 2004.

_____
UNITED STATES DISTRICT COURT

Copies furnished:
Donald R. Spadaro, Esq.
Atty. for Defendant

Anthony Gagliardi, U.S. Probation