UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.

APR 0 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON DEFENDANT'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE having come on to be heard upon Defendant's Motion for Early Termination of Supervised Release, and the Court being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Early Termination of Supervised Release is hereby *Granted*;

DONE AND ORDERED at Miami, Dade County, Florida, this _4st_ day of _April_, 2005.

_____
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Lawrence D. LaVecchio, AUSA
United States Attorney's Office

Anthony Gagliardi, U.S. Department of Probation