# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 01, 2006




Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 02-12352-AA**
Case Style: USA v. Frederick J. Massaro
District Court Number: 00-06273 CR-PCH

The following record materials in the referenced case are returned herewith:

Exhibits - 3 PSIs

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

3 PSI's

738
H.H.

REC-3 (03-2004)